UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 21-98 |
| SHIVA AKULA | SECTION I |

# ORDER

The Court, having considered *pro se* defendant Shiva Akula's ("Akula") motion[1] to modify the protective order, the record, the applicable law, the U.S. Magistrate Judge's Report and Recommendation,[2] and the lack of any objections thereto, hereby approves the U.S. Magistrate Judge's findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the motion to modify the protective order is **GRANTED IN PART** and **DENIED IN PART**, as set forth in the U.S. Magistrate Judge's Recommendation.

New Orleans, Louisiana, June 15, 2023.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 160.
[2] R. Doc. No. 238.